1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE ) | CR MISC. NO. 21-00133-GW |
| OF $125,000.00 IN U.S. CURRENCY ) | |
| ) | ORDER EXTENDING UNITED STATES |
| ) | OF AMERICA'S TIME TO FILE |
| ) | COMPLAINT FOR FORFEITURE |
| ) | |
| ) | |

    Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that, pursuant to 18 U.S.C. § 983(a)(3)(A), the deadline by which the United States of America shall be required to file a complaint for forfeiture with

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

respect to $125,000.00 in U.S. Currency shall be extended to January 31, 2022.

DATED: October 29, 2021

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

　/s/ *Victor A. Rodgers*
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for
United States of America